R. Craig Settlemire (State Bar # 96173)
Stephen L. Mansell (State Bar # 227584)
Office of the County Counsel
County of Plumas
520 Main Street, Room 301
Quincy, CA 95971
Tel. (530) 283-6240
Fax (530) 283-6116

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDERSON, et al., | Case No. CIV S-89-1659 JFM P |
| Plaintiffs, | **JOINT STIPULATION TO AMENDMENT OF CONSENT DECREE** |
| vs. | |
| COUNTY OF PLUMAS, et al., | |
| Defendants. | |

Pursuant to Paragraph XII.A of the Consent Decree that was entered in this action on April 20, 1992, the Plaintiffs and Defendants hereby file a Joint Stipulation to Amendment of Consent Decree and request that the Court approve such amendment by endorsing this stipulation below pursuant to Local Rule 143(b)[1]. The parties do hereby stipulate that the Consent Decree is amended as follows:

1. Paragraph IV.A.1 is hereby amended in its entirety to read as follows: "Maintain an inmate population no greater than (i) the rated capacity of the jail as rated by the Corrections Standards Authority or (ii) the number of permanent individual beds available for inmates, whichever is less.

---

[1] Paul T. Persons, one of the original attorneys representing the Plaintiffs, is deceased. Richard P. Herman is no longer involved with the above-referenced case.

1
JOINT STIPULATION TO AMENDMENT OF CONSENT DECREE - CASE NO. CIV S-89-1659 JFM P

However, the Plumas County Jail shall not house an inmate population greater than that which may be safely managed by the level of staffing maintained at the Jail, pursuant to standards and guidelines issued by the Corrections Standards Authority."

2. Paragraph IV.A.11 is hereby amended in its entirety to read as follows: "The Plumas County Jail shall at all times be staffed by an appropriate number of correctional officers given the inmate population, pursuant to the recommendations of the Corrections Standards Authority. Plumas County agrees to implement any directions given by the Corrections Standards Authority with respect to staffing at the Plumas County Jail. Each shift shall have a woman correctional officer and a designated person with the authority to carry out the policies and procedure contained herein."

3. Except as expressly set forth in this Joint Stipulation, all provisions of the Consent Decree shall remain unchanged and in full force and effect.

Paragraph XII.A of the Consent Decree states that the Consent Decree may be modified or amended only by this Court on duly noticed motion or by written stipulation of counsel. For the above reasons, the parties hereby submit for Court approval this Joint Stipulation to Amendment of Consent Decree.

IT IS SO STIPULATED.

Dated:                                                HADSELL, STORMER, KEENY, RICHARDSON
                                                      & RENICK LLP


                                                      _____
                                                      Dan Stormer
                                                      Attorney for Plaintiffs

Dated:                                                PAUL W. COMISKEY



                                                      _____
                                                      Paul W. Comiskey
                                                      Attorney for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: | LAW OFFICES OF MICHAEL B. JACKSON |

_____
Michael B. Jackson
Attorney for Plaintiffs

Dated:  OFFICE OF THE COUNTY COUNSEL, COUNTY OF PLUMAS

_____
R. Craig Settlemire
Attorney for Defendants

IT IS SO ORDERED.

**Date:  4/1/2013**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3
JOINT STIPULATION TO AMENDMENT OF CONSENT DECREE - CASE NO. CIV S-89-1659 JFM P