UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER PEDERSEN, et al., | No.  2:  89-cv-1659 KJN P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF PLUMAS, et al., | |
| Defendants. | |

Plaintiffs in this action challenge the conditions at the Plumas County Jail.  On April 20, 1992, a Consent Decree was entered.  On March 18, 2013, the parties amended the Consent Decree.

On March 27, 2015, plaintiffs' counsel filed a request for a status conference.  (ECF No. 49.)  Plaintiffs' counsel alleges that there has been insufficient progress regarding the rate of compliance with the Consent Decree.

IT IS HEREBY ORDERED that within fourteen days of the date of this order, defendants shall file a response to plaintiffs' request for a status conference, setting forth the status of compliance with the Consent Decree.

Dated:  April 16, 2015

Ped1659.ord

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1