UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER PEDERSON, et al., | No. 2:89-cv-1659 KJN P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF PLUMAS, et al., | |
| Defendants. | |

Plaintiffs in this action challenge the conditions at the Plumas County Jail.  On April 20, 1992, a Consent Decree was entered.  On March 18, 2013, the parties amended the Consent Decree.

On March 27, 2015, plaintiffs filed a request for a status conference.  (ECF No. 49.) Plaintiffs allege that there has been insufficient progress regarding the rate of compliance with the Consent Decree.  On April 17, 2015, the undersigned ordered defendants to file a response to plaintiff's request for a status conference.  (ECF No. 52.)  On May 4, 2015, defendants filed their response.  (ECF No. 53.)

The pleadings indicate that defendants may not be in compliance with the sections of the amended Consent Decree addressing mental health care and the law library.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. A status conference is set for June 25, 2015, at 10:00 a.m., before the undersigned;

2. On or before June 19, 2015, the parties shall file a joint status report containing proposals for how and a timeline to address the alleged deficiencies in mental health care and the law library.

Dated: May 20, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ped1659.conf

2