Dan Stormer, Esq. [S.B. # 101967]
Mohammad Tajsar, Esq. [S.B. #280152]
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600/Facsimile:  (626) 577-7079
Emails: dstormer@hadsellstormer.com
           mtajsar@hadsellstormer.com

Paul W. Comiskey, Esq. [S.B. #65510]
3370 Rattlesnake Road
Newcastle, California 95658
Telephone: (916) 663-9090
Facsimile:  (916) 663-9090
Email:  paulcomiskey@hotmail.com

Attorneys for Plaintiffs

R. Craig Settlemire (State Bar# 96173)
Stephen L. Mansell (State Bar# 227584)
Office of the County Counsel
County of Plumas
520 Main Street, Room 301
Quincy, CA 95971
Tel. (530) 283-6240
Fax (530) 283-6116
Email: stevemansell@countyofplumas.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDERSEN, et al., <br><br>             Plaintiffs, <br><br>     vs. <br><br> COUNTY OF PLUMAS, et al., <br><br>             Defendants. | Case No. CIV 2:89-CV-01659-KJN <br><br> [Assigned to Magistrate Judge Kendall J. Newman - Courtroom #25] <br><br> **AMENDED STIPULATION AND ORDER RE: SCHEDULE OF EVENTS RELATING TO MEETING IN THE FORM OF A SETTLEMENT CONFERENCE** |

Pursuant to the recommendation of the Court, the parties have met and conferred regarding a proposed schedule of events in preparation for a meeting in the form of a settlement conference, during

which the parties will discuss issues regarding the Plumas County Correctional Center consent decree with the guidance of the Court. Based on these communications, the parties stipulate to the following schedule:

1. No later than August 28, 2015: Defendants shall file their settlement brief setting forth their position on outstanding issues relating to the consent decree.

2. No later than October 2, 2015: Plaintiffs shall file their settlement brief responding to the issues raised in Defendants' brief, and raising any additional issues Plaintiffs would like to address.

3. On Friday, October 30, 2015 at 10:30 a.m., the Magistrate Judge and members of his staff shall participate in a tour of the Plumas County Correctional Center, located at 50 Abernathy Lane, Quincy, California 95971. The parties and their attorneys may be present during this tour.

4. On Monday, November 2, 2015 at 10 a.m., the parties, their attorneys, and the Magistrate Judge shall meet in Courtroom 25 to participate in a meeting in the form of a settlement conference to discuss the outstanding issues relating to the consent decree.

IT IS SO STIPULATED.

Dated:  July 29, 2015                                    HADSELL STORMER & RENICK LLP


                                                         By:   /s/  Mohammad Tajsar
                                                             Mohammad Tajsar
                                                             Attorney for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated:   July 29, 2015 | PAUL W. COMISKEY |
| 2 | | |
| 3 | | By:____/s/  Paul W. Comiskey_____ |
| 4 | | Paul W. Comiskey |
| | | Attorney for Plaintiffs |
| 5 | | |
| 6 | | |
| 7 | Dated:   July 29, 2015 | OFFICE OF THE COUNTY COUNSEL, COUNTY OF PLUMAS |
| 8 | | |
| 9 | | By:____/s/  Stephen L. Mansell_____ |
| 10 | | Stephen L. Mansell |
| | | Attorney for Defendants |

IT IS SO ORDERED.

Dated:  July 30, 2015

Ped1659.stip(ame)

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

3

AMENDED STIPULATION AND ORDER RE: SCHEDULE OF EVENTS RELATING TO MEETING IN THE FORM OF A SETTLEMENT CONFERENCE - **CASE NO. CIV 2:89-CV-01659-KJN**