Dan Stormer, Esq. [S.B. # 101967]
Mohammad Tajsar, Esq. [S.B. #280152]
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600/Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
       mtajsar@hadsellstormer.com

Paul W. Comiskey, Esq. [S.B. #65510]
3370 Rattlesnake Road
Newcastle, California 95658
Telephone: (916) 663-9090
Facsimile: (916) 663-9090
Email: paulcomiskey@hotmail.com

Attorneys for Plaintiffs

R. Craig Settlemire (State Bar# 96173)
Stephen L. Mansell (State Bar# 227584)
Office of the County Counsel
County of Plumas
520 Main Street, Room 301
Quincy, CA 95971
Tel. (530) 283-6240
Fax (530) 283-6116
Email: stevemansell@countyofplumas.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDERSEN, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>COUNTY OF PLUMAS, et al.,<br><br>    Defendants. | Case No. CIV 2:89-CV-01659-KJN<br><br>[Assigned to Magistrate Judge Kendall J. Newman - Courtroom #25]<br><br>**STIPULATION AND ORDER RE: REVISION OF SETTLEMENT CONFERENCE BRIEFING SCHEDULE** |

    The parties previously filed a proposed schedule of events in preparation for a meeting in the form of a settlement conference, during which the parties will discuss issues regarding the Plumas County Correctional Center consent decree with the guidance of the Court. Included in the schedule

were dates for the parties to file briefs relating to outstanding issues relating to the consent decree. The parties have agreed to a one-week extension of the briefing deadlines, and hereby stipulate to the following revised briefing schedule:

1. No later than September 4, 2015: Defendants shall file their settlement brief.

2. No later than October 9, 2015: Plaintiffs shall file their settlement brief.

3. All other events shall occur as previously scheduled.

IT IS SO STIPULATED.

Dated:  August 28, 2015                PAUL W. COMISKEY


By:  /s/  Paul W. Comiskey
     Paul W. Comiskey, on behalf of himself and
     Mohammad Tajsar, who is away on temporary
     leave
     Attorney for Plaintiffs


Dated:  August 28, 2015                OFFICE OF THE COUNTY COUNSEL, COUNTY
                                       OF PLUMAS


By:  /s/  Stephen L. Mansell
     Stephen L. Mansell
     Attorney for Defendants


IT IS SO ORDERED.

Dated: September 2, 2015

Ped1659.stip(3)

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE