UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDERSON, et al., | No. 2: 89-cv-1659 KJN P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF PLUMAS, et al., | |
| Defendants. | |

On January 21, 2016, a status conference was held. Mohammad Tajsar and Paul Comiskey appeared telephonically on behalf of plaintiffs. Stephen Mansell appeared telephonically on behalf of defendants. Following the status conference, the court made the following ORDERS:

On or before June 10, 2016, the parties shall file a joint status report; the joint status report shall propose alternative dates for an in-person status conference before the undersigned in July 2016 and/or August 2016.

Dated: January 22, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ped1659.stat

1