UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDERSON, et al., | No. 2: 89-cv-1659 KJN P |
| Plaintiffs, | |
| v. | ORDER |
| COUNTY OF PLUMAS, et al., | |
| Defendants. | |

On August 4, 2016, a status conference was held before the undersigned. Mohammad Tajsar and Paul Comiskey appeared on behalf of plaintiffs. Stephen Mansell appeared on behalf of defendants.

Following the status conference, the undersigned made the following ORDERS:

1. On or before Friday, August 19, 2016, the parties shall file a stipulation setting a date for a further status conference in January or February 2017 to address those issues on which the parties are near resolution (medical care, mental health care, law library, exercise, staffing). The stipulation will also set a date for the parties to file a further status report two weeks prior to the 2017 status conference;

////

////

////

1

2. The stipulation shall also set a briefing schedule for the denture issue; defendants shall file their briefing one month prior to the January or February 2017 status conference; plaintiffs shall file their briefing two weeks prior to the 2017 status conference.

Dated: August 11, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ped1659.ord(2)