UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDERSON, et al., | No. 2: 89-cv-1659 KJN P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF PLUMAS, et al., | |
| Defendants. | |

On August 4, 2016, a status conference was held before the undersigned. Following the status conference, the undersigned ordered the parties to file a stipulation setting a date for a further status conference in early 2017 to address those issues on which the parties are near resolution. (ECF No. 76.) The stipulation would also set a date for the parties to file a further status report two weeks prior to the status conference. (Id.) The undersigned also ordered the parties to set, by stipulation, a briefing schedule for the denture issue. (Id.) The motions filed regarding the denture issue would be addressed at the early 2017 status conference/hearing. (Id.)

On August 19, 2016, the parties filed a stipulation setting a briefing schedule for the issue regarding dentures and a hearing date of February 2, 2017. (ECF No. 77.) This stipulation does not set a date for the filing of the further status report to address those issues on which the parties are near resolution.

////

1

Accordingly, in accordance with the stipulation filed August 19, 2016, IT IS HEREBY ORDERED that:

1. No later than October 28, 2016, plaintiffs shall file their motion to enforce the consent decree;

2. No later than November 23, 2016, defendants shall file their opposition to plaintiff's motion, and their motion to amend the consent decree;

3. No later than December 23, 2016, plaintiffs shall file their reply brief on the motion to enforce the consent decree, and their opposition to defendants' motion;

4. No later than January 23, 2017, defendants shall file their reply brief on the motion to amend the consent decree;

5. On or before January 19, 2017, the parties shall file a joint status report addressing those issues on which they are near resolution;

6. A further status conference and hearing to address the motions discussed above is set before the undersigned for Thursday, February 2, 2017, at 9:00 a.m.

Dated: August 24, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ped1659.ord(stip)

2