UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDERSON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF PLUMAS, et al.,<br><br>    Defendants. | No. 2: 89-cv-1659 KJN P<br><br><br>ORDER |

Pursuant to the order filed February 8, 2017, the parties were ordered to file a joint status report addressing the dental care issues on or before May 1, 2017. (ECF No. 85.)

On May 1, 2017, plaintiffs filed a status report stating that defendants failed to respond to their repeated inquiries regarding the status of the dental care issues. (ECF No. 87.) On May 1, 2017, defendants filed a status report stating that, due to short staffing in the Plumas County Counsel's Office, defendants' counsel has not been in a position to work with plaintiff's counsel on the issues related to dental care. (ECF No. 88.) However, defendants' counsel does not address why he failed to timely communicate that fact to plaintiffs' counsel or the court, otherwise respond to plaintiffs' counsel, or seek an extension of time from the court.

Accordingly, IT IS HEREBY ORDERED that:

1. A telephonic status conference is set before the undersigned for May 10, 2017, at 10:00 a.m.;

1

2. At the telephonic status conference, defendants' counsel shall be prepared to address why sanctions of $500 should not be imposed for his failure to participate in the preparation of the joint status report regarding dental care, or otherwise seek an extension of time of that deadline from the court.

Dated: May 3, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ped1659.osc