UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDERSON, et al.,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF PLUMAS, et al.,<br><br>    Defendants. | No. 2: 89-cv-1659 KJN P<br><br><br><br>ORDER |

On May 10, 2017, a telephonic status conference was held. Mohammad Tajsar and Paul Comiskey appeared on behalf of plaintiffs. Richard Settlemire appeared on behalf of defendants.

For the reasons stated at the hearing, IT IS HEREBY ORDERED:

1. Defense counsel shall pay sanctions of $250 to the Clerk of the Court within fourteen days of the date of this order;

2. The joint status report, to be filed July 21, 2017, shall also address the dental care issues discussed in the February 8, 2017 order.

////

////

////

////

////

3. The parties shall work jointly and cooperatively in addressing all outstanding issues and in preparing the joint status report. If a party is failing to do so, it shall be promptly brought to the court's attention for appropriate action.

Dated: May 11, 2017

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ped1659.oah(2)