UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDERSON, et al., | No. 2:89-cv-1659 KJN P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF PLUMAS, et al., | |
| Defendants. | |

On August 10, 2017, an informal status/settlement conference was held before the undersigned. Lori Rifkin and Paul Comiskey appeared on behalf of plaintiffs. Richard Craig Settlemire appeared on behalf of defendants.

At the status/settlement conference, the parties agreed that good progress continues to be made toward resolving the remaining issues.

Accordingly, IT IS HEREBY ORDERED that a further status/settlement conference is set for November 3, 2017, at 9:00 a.m., before the undersigned. No later than 4:00 p.m. on October 27, 2017, the parties shall file a joint status report and draft amended consent decree.

Dated: August 11, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ped1659.oah(a)

1