UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDERSON, et al., | No. 2: 89-cv-1659 KJN P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF PLUMAS, et al., | |
| Defendants. | |

The court, having considered the parties joint stipulation, HEREBY ORDERS that defendant Plumas County shall pay plaintiffs' counsel a total of $286,694.25 for the attorneys' fees and costs in this case through December 31, 2017.[1] This payment will be made in three equal installments of $95,564.75 over three fiscal years. These annual payments will be made in fiscal years 2019, 2020 and 2021.

Dated: May 29, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ped1659.fee

---

[1] The undersigned is very familiar with the work of the attorneys in this matter, justifying the fees in this order.

1