UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDERSON, et al.,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF PLUMAS, et al.,<br><br>    Defendants. | No. 2: 89-cv-1659 KJN P<br><br><br>ORDER |

       On May 24, 2019, a further status conference was held in this action. Paul Comiskey and Joshua Piovia-Scott appeared on behalf of plaintiffs. R. Craig Settlemire appeared on behalf of defendant. Following the status conference, the undersigned makes the following ORDER:

       1. On or before January 2020, defendant shall submit for NCCHC accreditation;

       2. Within 60 days of the date of this order, plaintiffs' counsel shall:

            a. send defendant a breakdown of attorneys' fees from January 1, 2018, to date;

            b. send defendant a proposal for the length of a monitoring period for an amended consent decree, including what would be encompassed in the monitoring and plaintiffs' proposed flat attorneys' fees for the monitoring;

////

////

////

1

c. send defendant a proposed draft amended consent decree.

Dated: May 29, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ped1659.oah(3)