UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDERSON, et al., | No. 2: 89-cv-1659 KJN P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF PLUMAS, et al., | |
| Defendants. | |

On February 5, 2021, a further status conference was held in this action. Gretchen Stuhr appeared on behalf of defendants. Paul W. Comiskey and David Clay Washington appeared on behalf of plaintiffs.

Following the status conference, the court made the following ORDERS:

1. On or before February 15, 2021, defendants shall produce to plaintiffs' counsel a copy of the COVID Manual (or redacted copy, if appropriate), or inform plaintiff's counsel why they are unwilling to produce the COVID Manual; the undersigned will entertain a protective order regarding the COVID Manual, if needed;

2. A further status conference is set for May 7, 2021, at 9:00 a.m., before the undersigned; and

3. On or before April 30, 2021, the parties shall file a joint status report; the joint status report shall address whether the parties believe the May 7, 2021 status conference is

1   needed; and whether a further status conference is required, and a proposed date for
2   such conference, if any.
3   Dated: February 8, 2021

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ped1659.ord(2)

2