David Clay Washington, Esq. [S.B. #305996]
Dan Stormer, Esq. [S.B. #101967]
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Email: dwashington@hadsellstormer.com
Email: dstormer@hadsellstormer.com

Paul W. Comiskey, Esq. [S.B. #65510]
3370 Rattlesnake Road
Newcastle, California 95658
Telephone: (916) 663-9090
Facsimile: (916) 663-9090
Email: paulcomiskey@hotmail.com

Attorneys for Plaintiffs

Sara James [S.B. #273027]
Interim County Counsel
County of Plumas
520 Main Street, Room 301
Quincy, California 95971
Telephone: (530) 283-6240
Facsimile: (530) 283-6116
Email: sarajames@countyofplumas.com

Attorneys for Defendants

[Additional counsel cont. on next page]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WALTER PEDERSEN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF PLUMAS, et al.,<br><br>Defendants | Case No: 2:89-CV-01659-KJN<br><br>[Assigned to Magistrate Judge Kendall J. Newman - Courtroom #25]<br><br>**JOINT PROPOSED AMENDED CONSENT DECREE**<br><br>Next Status Conference<br>Date: December 18, 2023<br>Time: 9:00 am |

The Parties hope and expect that this be the final amendment to the consent decree. All provisions of the consent decree and its previous amendments, including those adopted regarding staffing of the jail, provision of psychiatric care by telemedicine, provision of dentures to inmates, and accreditation of the medical providers to the jail, shall remain in full force and effect until one year from the date that inmates begin to be housed at the newly constructed Plumas County Jail. Plaintiffs' Counsel shall perform an inspection within one (1) month after the opening of that jail and perform another inspection eleven (11) months thereafter. If the Plumas County jail continues to remain in compliance with the consent decree, the consent decree shall be terminated thirty (30) days after this final inspection. Also not later than 30 days after this final inspection, Plumas County shall compensate Plaintiff's counsel at a flat rate to be determined by the Parties and filed with this Court not later than February 2, 2024.

Respectfully Submitted,
HADSELL STORMER & RENICK LLP

Dated: December 4, 2023 By: /s/ David Clay Washington[1]
David Clay Washington
Attorneys for Plaintiffs

Dated: December 4, 2023 By: /s/ Paul W. Comiskey
Paul W. Comiskey,
Attorney for Plaintiffs

Dated: December 4, 2023 OFFICE OF THE COUNTY COUNSEL, COUNTY OF PLUMAS

By: /s/ Sara James
Sara James
Attorney for Defendants

[1] I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.