1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER PEDERSON, et al., | No.  2: 89-cv-1659 KJN P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF PLUMAS, et al., | |
| Defendants. | |

This action is set for a status conference before the undersigned on December 18, 2023. On December 4, 2023, the parties filed a joint proposed amended consent decree.  (ECF No. 160.) In light of the parties' representations in the joint proposed amended consent decree, the December 18, 2023 status conference is vacated.  However, within seven days of the date of this order, the parties shall submit a proposed order in support of the joint proposed amended consent decree.

Following the undersigned's retirement on February 7, 2024, this action will be reassigned to the undersigned's successor.  On or before February 2, 2024, the parties shall submit to the court all matters requiring the undersigned's review, including the attorneys' fees document referred to in the December 4, 2023 status report.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The status conference set for December 18, 2023, before the undersigned is vacated;
2. Within seven days of the date of this order, the parties shall submit a proposed order in support of the proposed amended consent decree filed December 4, 2023;
3. On or before February 2, 2024, the parties shall submit to the court all matters requiring the undersigned's review; and
4. Following the appointment of the undersigned's successor, the parties shall notice this action for a status conference on or around six months from the date of this order.

Dated: December 11, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ped1659.ord(ame)