UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER PEDERSON, et al., | No. 2:89-cv-1659 KJN P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF PLUMAS, et al., | |
| Defendants. | |

Having considered the parties Joint Proposed Amended Consent Decree filed December 4, 2023, the court hereby ORDERS:

1. All provisions of the consent decree and its previous amendments remain in effect;
2. Within one month of the opening of the new Plumas County Jail facility, defendants shall permit plaintiff's counsel to enter and inspect the premises;
3. Within eleven months of plaintiff's counsel's first inspection after the opening of the new Plumas County Jail facility, defendants shall permit plaintiff's counsel to again enter and inspect the premises;
4. Within one month of plaintiff's counsel's second inspection after the opening of the new Plumas County Jail facility, the parties shall submit a joint status report in compliance with the Amended Consent Decree;

/////

1

5. The parties shall submit a plan addressing payments to plaintiff's counsel for their monitoring efforts in this case not later than February 2, 2024; and

6. The parties shall submit a joint status report not later than July 1, 2024.

Dated: December 21, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ped1659.ord(con)