UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER PEDERSON, et al.,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF PLUMAS, et al.,<br><br>Defendants. | No. 2:89-cv-1659 KJN P<br><br><br><br>ORDER |

Having considered the parties' joint stipulation filed February 2, 2024, the court hereby ORDERS that the deadline to file the joint stipulation regarding attorney's fees, currently set for February 2, 2024, is continued to February 20, 2024.

Dated: February 2, 2024

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ped1659.ord(3)

1