UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER PEDERSON, et al., | No. 2:89-cv-1659 KJN P |
| Plaintiffs, | |
| v. | ORDER |
| COUNTY OF PLUMAS, et al., | |
| Defendants. | |

Having considered the parties' joint stipulation filed February 20, 2024, this court HEREBY ORDERS that:

1. Defendant Plumas County shall pay Plaintiffs' counsel a total of $258,313.94 for the attorneys' fees and costs in this case incurred from January 1, 2018 to January 31, 2024. This payment shall be made within sixty days of February 20, 2024; and

2. Defendant Plumas County shall pay Plaintiffs' counsel a total of $72,500.00 for the attorneys' fees and costs in this case to be incurred between February 1, 2024 and December 31, 2025. This payment shall be made 30 days after Plaintiffs' counsel's second inspection of the newly constructed Plumas County Jail facility or on December 31, 2025, whichever comes earlier.

////

////

1

Dated:  February 22, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Ped1659.stip(5)

2