Paul W. Comiskey
PRISONERS RIGHTS UNION
2310 J Street, P.O. Box 1019
Sacramento, CA 95812-1019
(916)   325-2701

Richard P. Herman
229 Marine Avenue
P.O. Box 328
Balboa Island, CA  92662
(714)   673-7670

Paul T. Persons
1834 Arroyo Canyon
Chico, CA 95928
(916)   893-4710

Dan Stormer
Stormer and Litt
3550  Wilshire  Blvd.,  #1200
Los Angeles, CA 90010
(213)   386-4303

Michael  Jackson
P.O. Box 207
Quincy, CA 95971

Attorneys  For  Plaintiffs

FILED

**Jun 23, 2025**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED  STATES  DISTRICT  COURT

## EASTERN  DISTRICT  OF  CALIFORNIA

| | |
|---|---|
| PEDERSON, et. al. ) | CASE NO. 89-1659 |
| ) | LKK-JFM |
| Plaintiff, ) | |
| ) | **Consent  Decree** |
| vs. ) | |
| ) | |
| THE COUNTY OF PLUMAS, et. al., ) | |
| ) | |
| Defendants. ) | |
| ————————————————) | |

## I.  INTRODUCTION

A.   This  is  an  action  pertaining  to  the  conditions  in  the  Plumas

1

County Jail(Jail), brought by Walter Pederson and Cheryl Preston,

certified as a class action, comprised of all present and future

prisoners incarcerated in the Plumas County Jail.  The Complaint For

Injunctive Relief alleges that plaintiffs rights, privileges and

immunities arising under the Constitution, (First, Fourth, Eighth and

Fourteenth Amendments) and Laws of the United States have been

abridged by the individual defendants, acting under color of law.  The

plaintiffs are represented by attorneys:

> Paul Comiskey
> Prisoners Rights Union
> 2310 J Street, P.O. Box 1019
> Sacramento, CA 95812-1019
>
> Richard P. Herman
> 229 Marine Avenue
> Balboa Island, CA 92662
>
> Paul T. Persons
> 1834 Arroyo Canyon Drive
> Chico, California   95928
>
> Dan Stormer
> Litt and Stormer
> 3550 Wilshire Blvd., Suite #1200
> Los Angeles, CA 90010
>
> Michael Jackson
> P.O. Box 207
> Quincy, CA 95971

   The Defendant Richard Mackenzie, individually and as Sheriff of the

County of Plumas, and defendant County of Plumas are represented by

attorneys:

> Robert Shulman,County Counsel
> Michael Jamison, Deputy County Counsel
> P. O. Box 10388
> Quincy, CA   95971-6010

2

B.   All the parties by and through their undersigned counsel hereby present to the Court for its consideration and adoption the within Consent Decree, offered in resolution of all issues raised in the above-captioned matter, excepting use of the safety cell/rubber room and attorney fees and costs to be heard and determined by separate motion. However, it is expressly understood by the parties that if the Court shall fail or refuse to approve this Consent Decree, it shall become null and void and without any force or effect and none of the parties shall be bound by it.

C.   The parties, by their respective counsel, have agreed to the entry of this Consent Decree and do hereby agree:

1.   That the provisions of this Decree constitute the entire consideration by the parties for the full settlement of the issues set forth herein, excepting the issue of use of the safety cell/rubber room which Plaintiffs contend is unconstitutional and Defendants contend is properly used and the issue of attorney fees and costs, to be determined by the court on separate motion;

2.   That this Consent Decree is the entire agreement of the parties as to the issues set forth herein:

3.   That neither this Decree nor any provision thereof constitutes evidence or admission of responsibility or liability of any party as to any issue of law, equity, or tort raised by the pleading herein, except that Plaintiffs shall be the prevailing party solely for the purpose of determining attorney fees;

4. That the parties waive any statement of decision and/or findings of fact and conclusions of law on the issues raised by the pleading or otherwise, except as to attorney fees and costs and use of the safety cell/rubber room; and

5. That the parties expressly waive the right to appeal, if any, this Consent Decree, except as to the issue of attorney fees and costs and use of the safety cell/rubber room.

D. Whenever the term "counsel" is used herein it shall refer to counsel of record in the above-entitled proceeding at any given time.

The Court having been fully advised and informed of the facts and circumstances, and good cause appearing:

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

II. <u>INTERPRETATION</u>

A. This Decree is entered into as a settlement of an existing dispute among the parties as to whether the Plumas County Jail, Quincy, California, falls below, meets, or exceeds minimum constitutional and/or statutory standards.

B. All exhibits attached hereto are made a part hereof and incorporated by reference thereto the same as though more fully set forth herein.

C. By entering into this Decree, defendants do not admit to any violations of or failure to comply with applicable laws, rules or regulations, nor do defendants admit to any violation of constitutional standards, except the defendants admit the plaintiffs are the prevailing

party for the sole purpose of attorney fees and costs.

D.    Plaintiffs shall seek no further equitable relief for the acts, practices or omissions as to the issues set forth herein, other than the issue of the safety cell/rubber room and for attorney fees and costs, alleged in the Complaint except to enforce the provisions of this Decree thereby, to the extent permitted by law, waiving the right to seek further equitable relief on the causes of action alleged in the Complaint.

E.    Plaintiffs agree that this Decree is fully binding on each of them individually, and on the plaintiff class. Defendants agree that this Decree is fully binding on each of them, and each of their officers, agents employees and successors.

F.    The only obligations of the parties hereto are those explicitly stated herein.

G.    Nothing in this Consent Decree shall prevent the Sheriff from seeking additional staff or resources from the Board of Supervisors of the County of Plumas.

III. <u>JURISDICTION</u>

A.    All parties do hereby recognize and submit to the continuing jurisdiction of the United States District Court, Eastern District.

IV. RECITATIONS

A.    The Defendants, shall:

1.    Maintain all housing units at or below their rated capacities as set forth in the 1989 Board of Corrections Report. The overall rated capacity shall be 37.

5

2.     The population of any housing unit in the Plumas County Jail shall not exceed the rated capacity as set forth above. Every inmate shall be provided a bed in the appropriate classification. Whenever it is necessary in order to maintain housing units at their rated capacities, as set forth above, the Sheriff will summarily release inmates from the Plumas County Jail.

3.     Each inmate housed in the Plumas County Jail shall be provided with a personal storage space of sufficient size to hold the inmate's personal effects.

4.     Each inmate shall be provided with jail issued clothes that are of a sufficient size and warmth for that inmate's activities. Inmates shall be provided with an exchange of clean undergarments(T-shirts, underwear, socks and bras for women inmates) at least twice per week and an exchange of clean outer garments at least once per week.   Women shall be provided with two underwear at each clothing exchange.

5.     All preparation and service of food to inmates shall meet or exceed the requirements as set forth in the California Restaurant Standards Act.

6.     All inmates shall be provided with access to exercise at least one hour per day five days per week.   Prisoners shall be provided access to indoor exercise during inclement weather.   Outdoor exercise shall be provide when whether permits.

7.     Dental care shall be promptly provided to all inmates including the repair of teeth and the provision or repair of dentures

when necessary.  Such necessity shall be based on generally accepted dental practices for the State of California and to allow inmates to eat solid food and maintain good dental health.  The Sheriff shall provide dental services in order to avoid unnecessary pain and suffering by the inmates in the jail.  The provision of necessary dental care shall not be discouraged in any manner.

8.     Medical care shall promptly be provided to all inmates including personal access to a California licensed physician.    The standard of medical care provided to the inmates shall be as set forth in the "Standards for Health Services in Detention Facilities", California Medical Association (CMA) (1989), except that section 307 Health Appraisals will be provided generally within twenty four hours, not to exceed 5 days, after the prisoners arrival at the jail.    The provision of medical care shall not be discouraged in any manner.  The (CMA) standard, section 317,  concerning the use of a safety cell/rubber room is not agreed to by Plaintiffs.

9. The Jail's Mental Heath Policies and Procedures shall comply with the requirements of the "Standards for Health Services in Detention Facilities", CMA  (1989), excepting the standard concerning the safety cell/rubber room.    At least a  California licenced clinical psychologist or a physician with mental health training and experience, shall be available to the jail on twenty-four hour call, capable of immediate personal response to the jail (This policy requires that immediate response shall be generally within 10 minutes but not to exceed 60 minutes).

10.    The visitation policy shall be utilized, providing inmates with access to visits two days per week for a minimum of at least one half hour for each visit. Every prisoner, to the extent facilities and staff are available, will be provided the opportunity for additional visits.    Drop in visits from out of town visitors will be accommodated when facility and staff are available.    Unaccompanied minor children shall be allowed  to visit prisoners, subject to the  legitimate safety and security interests of the Jail.    Visitation policies will be posted so as to provide notice of the visitation policies to persons visiting the Plumas County Jail.    Inmates shall be provided unmonitored visitation with  attorneys.

11.    The Plumas County Jail shall be staffed by at least three correctional officers during the day shift, with at least two correctional officers during the two other shifts.    Each shift shall have a  woman correctional officer and a  designated person with the authority to carry out the policies and procedure contained herein.

12.    Inmates shall be provided prompt physical access to a Law Library located at the Jail.

13.    The current grievance policy shall be fully utilized, providing inmates with a written response and a copy of any grievance filed within 24 hours of the filing of a grievance.

14.    Prisoners in the Plumas County Jail shall be provided access to a pay phone and  a no charge local phone in the indoor or outdoor exercise yard during their exercise time, if PacBell will install such phones.    Said phones are to be paid for from the inmate welfare

fund.  Collect call phones will be installed in each day room and in the cell were no day room exists. Collect phones shall be turned on from 7 a.m. to 11p.m. each day, except that the phones may be turned off for proper disciplinary purposes.

Prisoners who want to contact their local counsel, in addition to calling collect, will be provided access to the phone in the attorney-client room where they make take a call from their attorney or make a call to their local attorney.

15.    Woman inmates in the Plumas County Jail shall be provided equal access to programs and work opportunities in the Plumas County Jail.  Medical Services for women will be posted as per the California Penal Code.

16.    An inspection shall be conducted by a State Fire Marshall, mutually agreed to by the parties, within 60 days of the signing of this Consent Decree,  with a counsel for the plaintiffs and a counsel for the defendants if he/she so chooses.  Defendants agree to comply with the recommendations, if any,  issued by said State Fire Marshall in a prompt and timely manner.

17. The Sheriff will not hold in the jails any warrantless arrestee who has not been provided with a determination before a judge, commissioner or judge pro tem of probable cause for continued detention within 48 hours of arrest.

18.    Inmates in the Plumas County Jail shall be provided with access to  non legal reading material.  Inmates shall be allowed to receive magazines, newspapers and soft-covered books   through the

9

mail, from publishers and book stores.

19.   Inmates shall have access to a television, connected to cable television in each of the housing units.

V.   POLICIES AND PROCEDURES

A.   The Plumas County Sheriff's Department operates according to a Manual of Policies and Procedures which is carried out by its Policies and Procedures.

B.   The Sheriff hereby agrees to continue to   implement and/or produce the following Policies and Procedures:

1.   An inmate handbook of general information to be handed out to each inmate, to orient the inmate to the rules, regulations and operating procedures of the Plumas County Jail. (Exhibit A)

2.   Inmate Grievance Procedures (Exhibit A)

3.   Disciplinary Procedures (Exhibit A)

4.   Law Library access and procedures(Exhibit A)

5.   Classification Plan for Inmates

6.   Fire and Life Safety in the Jail plan and procedure.

7.   Medical, Dental and Physiological services (Exhibit A)

8.   Visitation, policies and procedures

C.   The Policies and Procedures enumerated in the foregoing Paragraph B shall be deemed to replace, supersede, amend, or modify any and all prior Policies and Procedures, or parts thereof, inconsistent

10

therewith or contrary thereto.   The remaining Policies and Procedures, or part thereof, not so inconsistent or contrary, remain in full force and effect.

D.   The Sheriff shall prepare, adopt and implement within thirty (30) days from the effective date of this Consent Decree a Facility Sanitation, Safety, and Maintenance Plan as required by California Regulation Code Section 1280.   The plan shall specify tasks to be performed by Correctional Officers, trustees and non-trustee inmates.

E.   The Sheriff shall provide a procedure, providing prisoners with voter registration forms,   whereby qualified prisoners can receive absentee ballots and   vote absentee in local, state, and federal elections, pursuant to election codes.

F.   The requirements in this Consent Decree relating to the content of the Sheriff's Policies and Procedures are not intended to preclude revisions thereto in the future, provided that the substantive requirements of this Consent Decree are implemented and adhered to by the defendants.   Copies of any such Policies and Procedures as amended, shall be mailed to   all counsel of record not less than twenty (20) days prior to their effective date.   If counsel for any party believe any such proposed amended Policies and Procedures violates any provision of this Consent Decree, such party may petition the Court for appropriate relief and give notice thereof to all parties.

V.  INFORMATION FOR JAIL INMATES

A.   The Sheriff shall prepare and distribute a Jail Information Booklet for the orientation of inmates.   It shall contain verbatim the

11

following :

    1.    General Information Handbook for Inmates(Exhibit 1)

    2.    Rules of Conduct (Exhibit 2)

    3.    Inmate Grievance Procedure (Exhibit 3)

    4.    Disciplinary Procedures (Exhibit 4)

    5.    Medical, dental and psychological services(Exhibit 9)

    6.    Visitation  policies and procedures (Exhibit 10)

The County of Plumas shall cause the same to be printed forthwith in ample quantity to meet the anticipated inmate population needs of the Plumas County Jail.

B.  The Sheriff shall cause to be kept and maintained in the jail's library room a copy of the Consent Decree with name, address and phone number of plaintiff's counsel.

C.  The County shall assign and designate qualified maintenance personnel to report to the Plumas County Jail regularly to check the repair log and take immediate steps to repair, replace, or correct any and all items or matters requiring repair, replacement, or correction. Furthermore, the County shall make the necessary arrangement for a responsible qualified maintenance person to be on call at all times during weekends and holidays to take care of emergency situations.

E.  The maintenance of the Plumas County Jail includes, but is not limited to, the following:

    1.    The present evidence storage room shall be renovated as an indoor exercise yard, including weights, basketball hoop and ping pong table.

2.    The exercise yard shall be resurfaced so as to provide a smooth surface to allow inmates to play basketball and other such games.

3.    The basketball hoop and backboard shall be fixed or replaced.

4.    All housing units shall be kept clean and painted on a regular  or as needed basis.

5.    Each shower shall  be equipped with a  shower curtain in good condition.

6.    All lighting and plumbing facilities will be maintained in working order, with replacements and repairs undertaken as necessary.

7.    Climate control throughout the jail facility shall be installed, maintained and operated in a manner to provide an acceptable temperature range throughout the area where inmates are housed, recreate  or work .   An air-conditioning unit will be installed at the Jail to maintain an acceptable temperature range in the Jail during summer days.

8.    Mirrors shall be installed in each housing area or cell.

9.    Additional Recreational equipment shall be provided for inmates in the recreation room and outdoor exercise area, to be purchased from the inmate welfare fund.

IX. INSPECTIONS

1.    The counsel for the plaintiff shall make such inspections and reviews when deemed necessary to determine that compliance with the consent decree is occurring.   Reasonable attorney fees and costs

shall be paid for such inspections and/or reviews.  Such reasonable attorney fees and costs shall be determined by a duly noticed motion to the court should the defendants contest the fees and costs requested.

2.    The plaintiff's counsel shall have access to all facilities at the Plumas  County Jail and to all memoranda, logs, reports, records, studies, and documents pertaining to the subject matters of this Decree and/or to the Plumas County Jail in possession of the defendants other than confidential attorney-client communications, staff personnel files, and inmate medical records, unless the plaintiffs' counsel obtain a court order or authorization.   Plaintiffs' counsel shall be permitted to exercise this right without prior notice, but shall exercise this right to access in a reasonable manner.  Prior notice to opposing counsel of any inspection shall be provided to Defendants' counsel who may accompany plaintiffs' counsel on such inspection, but shall not provide notice of such inspection to any person such that the confidentiality and surprise of such visit is compromised.  Any problem observed or discovered during such inspection shall  be subject to a meet and confer with defendants' counsel prior to the initiation of court action related to such observation or discovery.

3.    The defendants, and each of them, shall comply with any reasonable requests by the plaintiffs' counsel for specific types of data, information, or summaries of records not now in existence.

X. ENFORCEMENT

A.    The following procedures shall be used for enforcement of the Consent Decree during the term of the Decree.

1. Enforcement of this Decree may be sought by any party. If sought by the parties, it shall be by duly noticed motion or order to show cause. In either event, enforcement issues will be heard and decided by the United States Federal District Court.

IX. SCOPE OF ENFORCEMENT

1. This Decree empowers the Court to compel any act required by this Decree, enjoin any act proscribed by this Decree, to interpret this Decree, and to modify the Decree as set forth herein.

XI. COMPLIANCE

A. The provisions of this Consent Decree shall not be construed to abrogate the powers of the Sheriff or Jail Commander to temporarily suspend any standard or requirement herein prescribed in the event of a bonnified emergency. Such an emergency shall include a situation which threatens the safety (1) of the Plumas County Jail, or any of its facilities, (2) of any of its inmates or staff, or (3) the public as provided in Section 1012, Title 15, California Regulatory Code. The Sheriff or the Jail Commander shall give prompt written notice to counsel of record herein of any such emergency suspension of standards or requirements or of the requirements of this Consent Decree specifically stating the standards or requirements suspended and the facts and circumstances which are asserted as justification for such suspension. Examples of emergency situations include major damage to the jail facilities caused by fire, earthquake, or other disaster; labor strike or work stoppage involving the jail staff; inmate riot or insurrection; major civil disorder. If any party believes that such

15

suspension is unjustified, then such party may petition the Court for appropriate relief upon due and proper notice thereof to all parties.

C. The defendants shall do each and every act, execute all necessary directives and orders to subordinates, expend or authorize the expenditure of all necessary funds, and take whatever other actions are necessary to fully implement each and every provision of this Consent Decree as set forth herein so as to insure complete and full compliance therewith. Copies of the consent decree shall be distributed to all Plumas County  employees, present and future who are involved with the housing of inmates, with instruction that the consent decree is to be observed and follow both in spirit and letter of the decree.

XII. MODIFICATION

A. This Consent Decree may be modified, amended or terminated only by the Federal Court and on duly noticed motion or by written stipulation of counsel.

B. This Consent Decree shall be modified, amended or terminated only upon an affirmative showing that modification is necessary and appropriate because of:

1. Provisions of the Decree which have proved wasteful, unworkable or inherently adverse to carrying out the intent and purpose of this Consent Decree, or

2. A change in material fact or law so that the ends of justice will be served by modification consistent with the intent and purpose of this Consent Decree.

E. If plaintiffs' counsel successfully seek modification of the

Consent Decree, they shall be entitled to a reasonable attorney fee and cost award.

XIV. CLAIMS, ATTORNEY FEES AND COSTS

Plaintiffs contend that they are entitled to attorney's fees and costs. Defendants dispute this contention. Therefore the parties agree that the above-entitle court shall determined the amount of attorney fees and costs, at a duly noticed motion for attorney fees and costs. Such award shall not preclude appropriate future awards of attorney costs and fees if appropriate.

We the undersigned, on behalf of our respective clients and in settlement of this action, agree to the entry of this Consent Decree. The effective date of this Consent Decree shall be the date it is approved and filed by the Court.

Dated: 2/7/92

_____
Counsel for Plaintiffs

Dated: 10/1/91

_____
Chairman, Board of Supervisors

Dated: 10-1-91

_____
Counsel for Defendants

Dated: 10-3-91

_____
Plumas County Sheriff

17

**EXHIBIT  A**

# PLUMAS COUNTY SHERIFF'S DEPARTMENT

# CORRECTIONAL FACILITY



# INMATE HANDBOOK

DONALD E. STOY, SHERIFF

<u>A MESSAGE FROM THE CORRECTIONAL DIVISION COMMANDER</u>

This INMATE HANDBOOK was developed to assist you in becoming
familiar with the day-to-day operations of this facility and the
programs and services that are offered to you.

This HANDBOOK also contains important rules and disciplinary
measures.  These rules must be followed to insure the smooth
operation of the jail, security, safety of inmates and staff
alike, and for you to utilize and benefit from our services.

The information provided with this HANDBOOK is condensed in form
to provide you with a greater overview of facility rules,
regulations and programs while not being too cumbersome for you to
store in the limited personal use areas within the housing units.
You must understand that the correctional staff are working from
the same rules and regulations, but on a much larger scale.
Should you feel that any of the material is too limited to answer
a question fully, do not hesitate to ask the floor officer to
explain the policy or procedure in more detail.  Upon written
request only, for specific information, parts of the Plumas County
Sheriff's Office Correctional Facility General Order Manual may be
provided for you.  You must understand that parts of the General
Orders are confidential in nature and, as such, are not available
for your full review.  For this reason, only limited sections of
the General Orders, which pertain to your specific request for
information, shall be provided for your review.

While you are in jail, please keep in mind that the correctional
staff did not cause you to be incarcerated.  Therefore, we expect
you to act in a courteous manner and we will do likewise as we
fulfill our legal responsibility for your safekeeping.

IT IS YOUR RESPONSIBILITY TO READ AND BE FAMILIAR WITH THIS
HANDBOOK.  LACK OF FAMILIARIZATION WITH FACILITY RULES AND
SCHEDULES IS NOT AN ACCEPTABLE EXCUSE FOR POOR BEHAVIOR.

If you do not speak English, a bi-lingual version of this HANDBOOK
is available for your use.

If you cannot read, this HANDBOOK information is available in
video form for you to view within 24 hours of your arrival.

Sincerely,

WALTER S. NELSEN
ASSISTANT SHERIFF

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## TABLE OF CONTENTS

|  | SUBJECT | PAGE(s) |
|---|---|---|
| I. | ACCESS TO COURT INFORMATION | 1 |
| II. | DISCIPLINARY PROCESS AND PENALTIES | 1-2-3 |
| III. | FURLOUGH PROGRAMS | 3-4 |
| IV. | GENERAL INFORMATION |  |
|  | A. Acceptance of Property and Money | 4-5 |
|  | B. Cell Inspections | 5 |
|  | C. Commissary | 5-6 |
|  | D. Health Request Forms | 6 |
|  | E. Hostage Policy | 7 |
|  | F. Inmate Classification | 7 |
|  | G. Message Request Forms | 8 |
|  | H. Release of Property and Money | 8-9 |
| V. | HEALTH SERVICES | 9-10 |
| VI. | HOUSING UNIT ACTIVITIES |  |
|  | A. Lockdown | 10 |
|  | B. Counts | 11 |
|  | C. Meals | 11-12 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## TABLE OF CONTENTS

| SUBJECT | PAGE(s) |
|---|---|
| D.  Televisions | 12 |
| E.  Telephones | 12 |
| F.  Personal Hygiene | 12-13-14 |
| VII. Inmate Correspondence | |
| A.  Outgoing Mail | 14 |
| B.  Incoming Mail | 15 |
| C.  Intra-facility Mail | 15-16 |
| VIII. INMATE GRIEVANCES | 16 |
| IX. INMATE PROPERTY | |
| A.  Definition of what may be retained by inmates | 16-17 |
| B.  Topic/Extradition Transported Inmate Property | 18 |
| C.  Interrupted Custody Property Storage | 18 |
| D.  Property of Inmates Sentences to State Prison/90 Day Observation | 18-19 |
| X. INMATE RULES OF CONDUCT | |
| A.  Inmate Conduct Towards Staff | 19 |
| B.  Inmate Conduct towards Other Inmates | 19 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## TABLE OF CONTENTS

|  | SUBJECT | PAGE(s) |
|---|---|---|
| C. | Violations Against Property, Buildings and Furnishings | 19-20 |
| D. | General Conduct Within Housing Unit | 20-21 |
| E. | General Rules of Conduct | 21-22 |
| F. | Contraband | 23 |
| G. | Medical Rules | 23 |
| H. | Recreation | 23 |
| I. | Inmate Workers | 24 |
| XI. | PROGRAM SERVICES AND SCHEDULES | 25-31 |
| XII. | RELIGIOUS SERVICES AND DIRECTORY | 31-35 |
| XIII. | SAMPLE FORMS |  |
| A. | In-House Request Form | 36 |
| B. | Request For Medical Attention | 37 |
| C. | County Jail Message Request | 38 |
| D. | Inmate Incident Report | 39 |
| E. | Inmate Grievance Form | 40 |
| F. | Property Release | 41 |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## TABLE OF CONTENTS

SUBJECT                                          PAGE(s)

XIV. VOTING INFORMATION/FORMS                      42

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**********************************************************************

I. <u>ACCESS TO COURT INFORMATION:</u>

A. You may obtain information regarding court appearances or other legal matters in several ways:

    1. By contacting your Public Defender through the use of the phones or mail;

    2. By addressing a Message Request Form to the floor officers; or

    3. By writing a letter to the specific court involved in your case. Be sure to include the name of the person (Judge or Clerk) to whom you are sending the letter.

B. The following addresses are for the Plumas County Courts in which you are most likely to appear:

    1. Plumas Justice Court
       P.O.Box 10628
       Quincy, California  95971

    2. Superior Court of Plumas County
       P.O.Box 10686
       Quincy, California  95971


II. <u>DISCIPLINARY PROCESS AND PENALTIES:</u>

    A. Inmates violating a minor facility rule shall be subject to those punishments which fall under CATEGORY I violations. If a written report is prepared the inmate shall receive a copy. If a written report is not prepared, the inmate shall receive a verbal warning and counselling.

    B. Inmates violating a major facility rule (CATEGORY II, Items c-g only) shall be subject to those punishments which fall under CATEGORY I AND II violation. Inmates shall receive a copy of the Disciplinary Report and be given the opportunity to face an impartial Hearing Officer who shall determine whether a violation has occurred.


**********************************************************************

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

C.  Inmates violating a Criminal Offense (CATEGORY III) may have criminal charges filed against them in addition to receiving facility disciplinary action.

D.  Any inmate who receives two (2) written minor reports for the same rule violation may receive a "Major Disciplinary Report".

E.  Any inmate who received three (3) <u>documented</u> unrelated minor rule violations within a thirty (30) day period may receive a "Major Disciplinary Report."

F.  The following are the three (3) categories of facility violations and the disciplinary punishments that may be instituted:

   1.  <u>CATEGORY I:</u>  (Minor violations)

      a.  Verbal reprimand and counseling;

      b.  Written reprimand; and

      c.  Lockdown in cell for a period of time not to exceed (8) hours.

   2.  <u>CATEGORY II:</u>  (Major violations)

      a.  Loss of privileges;  e.g., commissary, non-legal phone calls, yard call.

      b.  Relocations to another housing unit;

      c.  Disciplinary isolation for a period of time not to exceed (10) days unless a new violation has occurred:

      d.  Disciplinary diet;

      e.  Loss of good time/work time;

      f.  Suspended sentence;

      g.  Removal of work status (e.g. work furlough, inmate worker);

      h.  Assignment of extra work detail (inmate workers);

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

      i.   Removal to another facility (e.g. state prison); and

      j.   All of those listed in **CATEGORY I.**

  3.   <u>CATEGORY III:</u> (Criminal offenses)

      a.   Criminal Prosecution; and

      b.   All those listed in **CATEGORIES I and II**

G.  You may appeal any disciplinary decision by writing your reasons for disagreeing with the findings on an Inmate Grievance Form and addressing this form to the Correctional Division Commander.

      a.   Disciplinary appeals shall be answered withing 5 working days from the time <u>they were received by the Correctional Division Commander.</u>

      b.   The Correctional Division Commander's decision on all appeals shall be final.

      c.   If the correctional division commander was involved in the event leading to the discipline the appeal shall be heard and decided by the jail sergeant.


III. <u>FURLOUGH PROGRAMS:</u>

A.  There are two basic types of furlough programs available through this facility. They are:

  1.  Work Furlough; and

  2.  Education Furlough.

B.  To obtain either type of furlough, you must work with your Probation Officer. The only related function this facility maintains is the security of your release and return.


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

C.    Should you desire to participate in one of these types of programs you should contact your Probation Officer by phone or through the mail. You may also request that your Probation Officer make a visit by using a facility Message Request Form.

## IV.    GENERAL INFORMATION:

### A.    ACCEPTANCE OF PROPERTY AND MONEY:

1.    Clothing is the only property which will be accepted into the jail and only in cases where the clothes you were arrested with were extremely dirty, vermin infested, booked as evidence or you were arrested without clothing.

2.    Clean clothing may be substituted item-for-item for jury trial only. Civilian clothing is not worn for any other type of court appearance.

3.    Inmates wishing to have trial clothes delivered should advise the person delivering the clothes to bring them to the jail at 50 Abernathey Lane, Quincy, California.

4.    Money may be put on your account (books) in the following manner:

a.    Persons wishing to place money on your account may either mail it to you or deliver it in person to the jail. Persons having any questions as to how money is accepted may call the jail at (916) 283-6267. Cash should not be sent in the mail.

b.    Cashier's checks, money orders, and certified checks should be made out to you and shall include your date of birth or Social Security number on the name line.

5.    PERSONAL CHECKS WILL NOT BE ACCEPTTED AND SHALL BE RETURNED TO THE SENDER.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

6.  Books, magazines and reading material may be sent to the jail at 50 Abernathey Lane, Quincy, California, 95971; only books, magazines and reading material from a book store or publisher will be accepted.

7.  Materials that pose a security risk may be refused by jail staff.

B.  <u>CELL INSPECTIONS:</u>

Each cell you are assigned to will be inspected upon your arrival and prior to your release for any damage to the cell or its furnishings. Any damage found may result in one of the following actions being taken:

1.  Deductions of repair costs from money in your account (books);

2.  Loss of good time;

3.  Restitution as part of probation; or

4.  Criminal charges filed against you.

C.  <u>COMMISSARY:</u>

1.  You will receive a one-time issue of one (1) toothbrush, one (1) tube of toothpaste, one (1) comb, one (1) bar of soap, and one (1) razor after 24 hours in general population, only in the absence of a regularly scheduled commissary.

2.  In order to draw commissary, money must be deposited to your account 24 hours prior to the commissary delivery. Inmate commissary order forms shall be turned in to the jail office no later than lockdown on Monday nights for delivery on Wednesdays.

3.  If you have the funds, you may draw up to $25.00, two (2) times per week for stationery, toiletries, and snack food from the Jail Commissary.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

4. Any cash you were arrested with, to include $.01 will automatically be placed in your account. ANY MONEY IN YOUR POSSESSION AT THE TIME OF BOOKING THAT IS CONFICATED AS EVIDENCE SHALL NOT BE PLACED IN YOUR ACCOUNT.

5. AT NO TIME SHALL THE FUNDS IN YOUR ACCOUNT EXCEED $50.00.

6. AT NO TIME SHALL MONEY BE TRANSFERRED FROM ONE INMATE ACCOUNT TO ANOTHER.

7. INMATE IDENTIFICATION WRIST BANDS ARE REQUIRED IN ORDER FOR YOU TO RECEIVE COMMISSARY. IDENTIFICATION MUST BE INTACT, ON YOUR WRIST AND READABLE. There are no exceptions to this rule and this rule includes Inmate Workers....

8. If you have no money on your account, certain items shall be provided to you free of charge if you submit a "Welfare Commissary Draw" slip. These commissary slips are accepted ONE time per week at regular commissary and items include one (1) pencil (after initial issue of pencil, used pencil stub shall be viewed by commissary officer before a replacement is issued), two (2) sheets of paper, one (1) envelope, and needed hygiene items on a request basis only. (All razors are maintained in the Medical Room.)

9. There is no limit to legal mail that will be posted free for those inmates who have been identified as indigent.

10. No limit will be placed on writing materials for legal correspondence.

D. <u>HEALTH REQUEST FORMS:</u>

Health Request Forms are provided in each housing dayroom. These forms should be filled out in all cases where you require medical, dental, mental health aid, or medication which is prescribed on an "As Needed" basis. Over-the-counter medications such as aspirin, cough syrup or cough drops shall be requested on the <u>IN-HOUSE REQUEST FORM ONLY.</u>

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

E.    <u>HOSTAGE POLICY:</u>

1.    THIS FACILITY HAS A "NO HOSTAGE" POLICY.  UNDER NO CIRCUMSTANCES SHALL AN INMATE BE RELEASED FROM CUSTODY IN EXCHANGE FOR THE SAFETY OR RELEASE OF ANY HOSTAGE.

2.    CORRECTIONAL STAFF DO NOT CARRY KEYS THAT WOULD ALLOW YOU TO REACH THE OUTSIDE OF THE JAIL.

F.    <u>INMATE CLASSIFICATION:</u>

Each inmate booked into the Plumas County Sheriff's Correctional Facility on a bailable offense (that may result in being placed in a housing unit or those automatic "No Bail" type holds) shall receive an initial classification by the booking officer.  Such a classification process shall be based on specific objective and subjective criteria.  This evaluation shall assist the classifying officer in determining the level of custody required, special handling requirements, appropriate program activities and the proper housing assignment while you are in custody.  After the initial classification, reclassification schedules have been developed to meet the various needs of the inmates and the department, <u>but, under no circumstances shall more than six months elapse between evaluations.</u>  Reclassification shall be made on each inmate whenever his/her status has changed, utilizing the following criteria guidelines:

1.    Charges have been amended or added (i.e. misdemeanor to felony);

2.    One or more of the categories on the initial classification needs assessment of the health screening was in error or changed;

3.    Court Order (i.e. program assignment);

4.    Successful completion of a program;

5.    Violation of a law while in custody.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

G.   <u>MESSAGE REQUEST FORMS</u>:

   1.   a.   Floor Officer;

        b.   Jail Supervisor:

        c.   Division Commander;

        d.   Public Defender;

        e.   Probation;

        f.   Social Worker; or

        g.   Bail Bondsman.

   2.   To submit a Message Request Form, fill out all the information requested on the form and then hand-deliver it to a floor officer.  The officer will sign and return the pink copy of the Message Request form to you.

   3.   Message Request replies concerning jail programs or services shall be returned to you within five (5) working days.

   4.   <u>THE JAIL HAS NO CONTROL OVER THE REPLIES OF MESSAGE REQUESTS TO THE AGENCIES LISTED IN ITEMS d-g.</u>

H.   <u>RELEASE OF PROPERTY AND MONEY</u>:

   1.   You may release any identifiable property and amount of money that was in your possession at the time of your booking.

   2.   In the event you have or are sure you will receive a State Prison sentence, <u>ALL OF YOUR PROPERTY SHALL BE RELEASED TO A RESPONSIBLE PERSON OF YOUR CHOOSING PRIOR TO YOUR TRANSFER TO STATE PROISON.</u>

      a.   To release these items, contact a trusted friend or family member and have them contact the shift supervisor in person.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

       b.   No property will be released without your
written approval. A receipt shall be given to
you indicating the items released.

       c.   Money and property booked as evidence <u>will
not be released.</u>

   3.   An inmate may mail property to an outside person of
their choosing, <u>at their own expense.</u> (Those
sentenced to State Prison).

## V.  HEALTH SERVICES:

1. As required by law, you will receive a medical intake
screening at the time of your incarceration. Inmates
who are required to take prescription medication or have
a medical condition that requires a form of monitoring
will automatically be referred to the next day's
sickcall.

2. This facility has a contract with a local physician who
has the overall responsibility for your medical care.
Should a medical emergency arise, you will be
immediately transported to the Plumas District Hospital.

3. Nurse and Doctor Sick Call shall be provided to you
Monday through Friday in the event you become ill,
injured, or require medication.

4. If you desire medical attention, complete a Health
Request Form and you will be scheduled to be seen as
soon as possible.

5. The dispersal of medication, or "Pill Call", shall take
place a maximum of four (4) times per day unless
otherwise ordered by the Jail Physician.

6. Prior to receiving any medication you shall be required
to have a cup of water in hand and show your
identification on your wrist. <u>IDENTIFICATION MUST
BE INTACT AND READABLE.</u>

7. Inmates not cooperating with the policy of Item #6, may
be subject to disciplinary action.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

8. Eye care will be provided on an illness basis only after the receipt of a Health Request Form. Eyeglasses will only be provided or replaced when medically necessary.

9. Dental care will be provided to you after the receipt of a Health Request Form. Upon receipt of this form by the Jail Physician, an appointment will be scheduled for you. This facility provides emergency dental care in the form of fillings, extractions, and medication for infection. Major reconstruction or forms of cosmetic dental care will only be provided when determined to be necessary for health or relief from pain.

10. Mental Health Services are available to you by completing and submitting a Health Request Form. This form shall be forwarded by the Jail to County Mental Health and they will maintain their own appointment schedule and advise the Jail when you may be seen. Appointments are not necessary during emergency situations.

VI. <u>HOUSING UNIT ACTIVITIES:</u>

A. <u>LOCKDOWN AND WAKE-UP:</u>

1. During the normal course of a 24 hour day you will be required to "lockdown" in your cell for the following types of events:

   a. During all emergencies;

   b. During all meals when a problem inmate is under lockdown and must be fed in his/her cell; and

   c. AT THE END OF EACH DAY AT <u>2300 HOURS</u>. (INMATE WORKERS SHALL BE LOCKED IN THEIR HOUSING UNIT AT <u>2100 HOURS DAILY</u>.)

2. Upon being advised to lockdown, you will be expected to move promptly to your single cell (if housed in maximum) to enter the cell and shut the door for the night. Night time is "quiet time" and there will be no playing of TV's or radios until official wake-up.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

3. Failure to lockdown as advised shall not be tolerated and may result in your being relocated and losing some or all of the privileges that accompany dayroom or recreational use.

4. OFFICIAL WAKE-UP IS AT 0600 HOURS DAILY. AT THIS TIME ALL INTERIOR LIGHTS SHALL GO ON AND REMAIN ON UNTIL LOCKDOWN IS SIGNALED. INTERIOR LIGHTS INCLUDE THOSE IN THE DAYROOMS, CELLS, OFFICES, BOOKING AREAS AND CORRIDORS.

B. COUNTS:

1. Officers within this facility are required to conduct a security count (not to be confused with hourly security checks) during their shift. There shall be a minimum of three (3) counts daily.

2. You will be advised of all counts through the use of the paging system located inside your cells and dayrooms. Upon being notified of a count YOU WILL BE REQUIRED TO SIT OR STAND IN YOUR CELL. LYING ON YOUR BUNK WILL NOT BE ALLOWED DURING COUNTS. Exception,; Those inmates with medical orders not to stand or sit because of illness or injury.

3. Delaying or interfering with a count is a major offense and will not be tolerated.

C. MEALS:

1. The facility kitchen will prepare three nutritionally balanced meals a day. Meals shall take place during the following approximate times:

a. Breakfast      0700 hours     (7:00 am)

b. Lunch          1200 hours     (12:00 pm)

c. Dinner         1700 hours     (5:00 pm)

2. Meals shall be eaten in your cell or on the tables located in each dayroom. ALL eating utensils must be turned in and accounted for prior to your returning to any activities.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

11.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

3.  Special medical diet meals shall be made available upon the correctional staff receiving the prescription for such a diet from the Facility Physician.  Inmates requiring special diets shall make such requests to the jail medical staff on a Health Request Form.

D.  <u>TELEVISIONS:</u>

Each dayroom is equipped with a television that provides basic cable and HBO.  Normal viewing hours are 0600-2300 hours daily.  The jail is equipped with a VCR that enables the showing of both educational and entertaining videos.

E.  <u>TELEPHONES:</u>    (Tuesdays and Saturdays)

1.  Keep in mind when talking on jail phones that your conversation may be monitored by the correctional staff and other inmates may periodically overhear phone conversations; legal phone calls will not be monitored.

2.  All calls shall be made collect from the dayrooms and the pay telephone in the booking area shall only be available at the time of your booking.

3.  As a courtesy to your fellow inmates, and facility program schedules, all calls shall extend no longer than 15 minutes.

4.  Abuse or monopolization of the phones may result in a loss of your phone privileges.

5.  Telephone Devices for the Deaf (TDD) are available to you if you are hearing impaired.  If you require the need of this phone service, contact one of the floor officers through the use of the Message Request Form <u>PRIOR TO YOUR NEED FOR THE PHONE.</u>

F.  <u>PERSONAL HYGIENE:</u>

1.  Clothing and laundry exchange shall take place in accordance with the following schedule:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

a.  Each <u>Tuesday</u> the following items of clothing/linen shall be exchanged:

    (1)  T-Shirts

    (2)  Underwear, panties, bras

    (3)  Socks

    (4)  Towels, sheets, and mattress covers

b.  Each <u>Saturday</u> the following items of clothing/linen shall be exchanged:

    (1)  T-Shirts

    (2)  Underwear, panties, bras

    (3)  Jumpsuits and dresses

    (4)  Towels

c.  Every <u>third month</u> (once per quarter) blankets shall be washed.  Designated months are March, June, September and December.

2.  Showers are available in every dayroom/dormitory type cell and all inmates are encouraged to shower daily.

a.  Body odor will not be tolerated.

3.  Each inmate has the right to a haircut one time per month.  All haircuts will be at the expense of the inmates, including inmate workers.  Haircuts for the indigent will be paid for the the Inmate Welfare Fund.

4.  Razors are available through the commissary and, upon request, one (1) razor shall be issued to those inmates in the general population after a period of 24 hours in the absence of a regularly scheduled commissary.  The same 24 hour rule applies to both the inmates with funds or those that are indigent.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

      a.   All razors are maintained in the dispensary and shall only be issued during razor call (0700 - 0730 hours daily) upon the staffs receipt of your IN-HOUSE Request Form.

      b.   Razors may not be given away, thrown away or disassembled.

## VII. INMATE CORRESPONDENCE:

### A. OUTGOING MAIL:

1. Letters to attorneys, courts, elected officials, the Sheriff, the Correctional Division Commander, or his/her designated supervisory representative are official correspondence and may be sealed by you only when in the presence of an officer.

2. All other mail is personal correspondence and is subject to inspection by officers for the following:

      a.   Description of the facilities for aid in an escape attempt;

      b.   Threats of reprisals;

      c.   Solicitations of unlawful behavior;

      d.   Violations of U.S. Postal Regulations; and

      e.   One letter enclosed inside another for remailing.

3. After inspection, officers shall seal the letters and process them for mailing within 24 hours, excluding weekends and holidays.

4. ALL OUTGOING MAIL MUST INCLUDE THE FULL NAME YOU WERE BOOKED UNDER AND THE FOLLOWING RETURN ADDRESS:

      Plumas County Jail Mail
      Attn:  John E. Doe
      Post Office Box 4020
      Quincy, California 95971

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

B.    <u>INCOMING MAIL:</u>

1.    Confidential or legal mail will be opened and inspected for contraband in your presence. Confidential mail will not be scanned for written context by correctional staff.

2.    All incoming mail <u>must include a return address.</u> If no return address is on the envelope it will not be accepted for distribution by correctional staff.

3.    All personal letters shall be inspected and contents scanned by correctional staff.  If items of contraband are enclosed in the envelope, they will be confiscated and placed in your property. Contraband may also be booked for destruction or booked as evidence depending upon the nature of the contraband.  Jail staff will keep all information obtained in inspection confidential unless disclosure is necessary for security purposes.

4.    Incoming mail that contains acceptable checks or money orders will be brought to you for signature and will then be credited to your account (books). Cash shall not be sent through the mail.

5.    Mail will be delivered to you withing 24 hours of its receipt.

6.    Books, newspapers, or magazines that are mailed to the jail from a book store or an individual will not be accepted.  They will be returned.

7.    Paperback books, magazines, and newspapers may be mailed to the jail from the publisher or book club only.  Any material that appears to be obscene or tends to incite murder, arson, riot, racism, or otherwise compromises the security of this facility will not be accepted.

C.    <u>INTRA-FACILITY MAIL:</u>

1.    No mail or note of any kind will be passed from one housing unit to another within this facility.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

15.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2.   Inmates desiring to correspond with inmates in another housing unit shall utilize regular U.S. Postal channels, in and out.  NO EXCEPTIONS.

## VIII. INMATE GRIEVANCES:

1.   Any complaints you may have should be politely directed toward your Housing Unit Officer.  If the officer cannot or does not resolve the problem to your satisfaction you may then request a Grievance Form and file the completed form with the Housing Unit Officer.

   a.   Grievances regarding jail policy may be filed at any time.  All other grievances must be filed within ten days of the occurrence.

2.   Completed grievance forms should be given to the housing unit officer who should read, sign, date and return the pink copy to you.

3.   Replies to grievances should be returned to you within the below listed time schedules:

   a.   Level I/Floor Officer       - 24 hours

   b.   Level II/Jail Supervisor  - 48 hours

   c.   Level III/Jail Sergeant   - 72 hours (excluding weekends and holidays)

   d.   Level IV/Division Commander - 5 days (excluding weekends and holidays)

   e.   Level V/Sheriff             - 10 days (excluding weekends and holidays)

## IX.   INMATE PROPERTY:

A.   The following standards have been established to define what property general population inmates may retain in detention storage of their housing units:

   1.   Any item purchased/issued through the commissary program.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2.   Any item purchased through the arts and crafts program.

3.   Legal papers/county property receipts.

4.   Bibles and religious literature received during Bible Program.

5.   Alcoholics Anonymous handbooks and literature received during AA Program.

6.   Small personal address book.

7.   Plastic prescription eye glasses.  (Glass upon approval).

8.   Personal mail in reasonable quantities (limited individual use space shall require bulk storage in the inmate's stored property until release).

9.   Family photographs, without frames, in reasonable quantities (limited individual use space shall require the storage of excess photographs in the inmate's stored property until release.)

10.  Small plastic hairbrush with rounded handle.

11.  Sponge or plastic hair rollers that do not require any form of metal clips or hairpins.

12.  Hair tiebacks that do not contain any metal parts.

13.  **INDIVIDUAL MONEY SHEETS SHALL NOT EXCEED $50.00 AT ANY TIME.**

14.  Any item not listed above, but specifically requested by an inmate for retention, shall remain in that inmate's stored property until the approval for retention decision has been made by either a jail supervisor or the jail sergeant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

B.   TOPIC/EXTRADITION TRANSPORTED INMATE PROPERTY:

   1.   Inmates transported from other local detention
        facilities/state prisons may retain, after close
        inspection, any underlined unopened items that have been
        purchased/issued through a commissary program.

   2.   Items in question that are not normally available
        through this facility's commissary program will
        remain in the inmate's stored property until
        approval for retention has been granted by either a
        jail supervisor or the jail sergeant.


C.   INTERRUPTED CUSTODY PROPERTY STORAGE (1381 PC):

   1.   Inmates who have filed the legal procedure of
        Section 1381 of the California Penal Code and
        subsequently have their in-custody time at Plumas
        county interrupted shall be required to take all
        properties belonging to them when they depart the
        facility.

   2.   Although these inmates shall be returned to Plumas
        County after fulfilling their requested legal
        action in another county, storage available at this
        facility is not sufficient to permit the holding of
        personal property belonging to an inmate who is not
        physically in-custody.

   3.   Penal Code section 1381 forms may be obtained from
        the Correctional Staff.


D.   PROPERTY OF INMATES SENTENCED TO STATE PRISON/90 DAY
     OBSERVATION:

   1.   No extra clothing or property may accompany an
        inmate who is transported to a state prison
        facility.

   2.   Inmates are responsible for making the arrangements
        to have their property released to friends or
        family prior to the transfer of the inmate from the
        detention facility.


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

3.   The inmate's property may be mailed to an outside person <u>at the request and expense of the inmate.</u>

X.   <u>INMATE RULES OF CONDUCT:</u>

A.   <u>INMATE CONDUCT TOWARDS STAFF:</u>

Jail personnel shall complete a disciplinary report when and if you violate any of the following rules:

1.   <u>Assaults</u>, upon any jail staff (C-III)(See Penal Code for specifics)

2.   <u>Cursing,</u> or making obscene gestures towards jail staff (C-II).

3.   <u>Information,</u> falsely furnished to jail staff with intent to deceive (C-II).

4.   <u>Insubordination,</u> inmates shall follow all lawful directives issued by jail personnel (C-II).

5.   <u>Threats,</u> directed towards jail personnel (C-II).

B.   <u>INMATE CONDUCT TOWARDS OTHER INMATES:</u>

1.   <u>Assaults,</u> against any jail inmate (C-III) 242 PC

2.   <u>Charging,</u> another inmate for services (C-II).

3.   <u>Extortion,</u> (C-III) 518 PC

4.   <u>Sexual Conduct,</u> engaging in or coercing other inmates to engage in (C-III) (see Penal Code for specific section).

C.   <u>VIOLATIONS AGAINST PROPERTY, BUILDINGS, AND FURNISHINGS:</u>

1.   <u>Equipment,</u> non-authorized use of (C-I)

2.   <u>Fire,</u> sprinklers or alarms, tampering with (C-III) 148.4 PC

3.   <u>Fires,</u> arson or the starting of (C-III) 451 PC

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

4. <u>Blocking/Covering,</u> of windows, vents, and intercoms (C-I)

5. <u>Plumbing,</u> deliberate clogging of (C-II)

6. <u>Property,</u> theft (of any kind), misuse, or destruction of another inmates (C-III) 484, 488 PC

7. <u>Property,</u> failure to return any jail items assigned or checked out, destruction of bedding, clothing for the purposes of altering clothing or making of hair ties (C-II)

8. <u>Hanging,</u> or affixing anything to the building or jail furnishings including walls and windows (C-I)

9. <u>Telephone,</u> slamming of (visiting, dayrooms, booking) (C-I)

10. <u>Vandalism,</u> (C-III) 594 PC

D. <u>GENERAL CONDUCT WITHIN THE HOUSING UNIT:</u>

1. <u>Cell,</u> entering one assigned to another inmate (C-II)

2. <u>Cleaning,</u> failure to perform cleaning duties (C-I)

3. <u>Furniture,</u> climbing on tables, showers, urinals, sitting on tables (C-I)

4. <u>Communicating,</u> through vents (C-I)

5. <u>Clothes,</u> not fully clothed when outside of cell (C-I) Except that shirts may be removed during strenuous exercise, male inmates.

6. <u>Clothing/Bedding,</u> hanging or tying to the building or jail furnishings (C-II)

7. <u>Counts,</u> failure to rise for (C-II)

8. <u>Doors and Windows,</u> pounding or rattling on, except in cases of emergency (C-II)

9. <u>Housing Unit,</u> unauthorized entry (C-II)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

10.   <u>Lockdown,</u> failure to respond (C-II)

11.   <u>Mattresses,</u> removing from cells to use as furniture in dayrooms (C-I)

12.   <u>Meals,</u> eating in areas other than designated areas (C-I)

13.   <u>Shower,</u> more than one person in (C-II)

14.   <u>Shower,</u> not dresses when going to and from shower stall (C-I)

E.   <u>GENERAL RULES OF CONDUCT:</u>

1.   <u>Clothes,</u> wearing of in a gang fashion (e.g. headband, rags, lowriding pants)(C-I)

2.   <u>Clothes,</u> wearing shower shoes outside of a housing unit or during recreation (C-I)

3.   <u>Commissary,</u> buying or selling to or from other inmates (C-II)

4.   <u>Communication,</u> unauthorized to other inmates in other housing units to include the passing of notes (C-II)

5.   <u>Communication,</u> unauthorized to persons outside the jail (C-III) 4570 PC

6.   <u>Correspondence,</u> sending of coded messages (C-II)

7.   <u>Correspondence,</u> attempting to send or pass non-confidential as confidential mail (C-II)

8.   <u>Criminal Statute,</u> violation of (C-III) any misdemeanor or felony.

9.   <u>Cursing,</u> any loud or boisterous yelling or swearing at other inmates (C-I)

10.  <u>Doors,</u> interfering with the opening and closing of (C-II)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

11. <u>Drugs or Alcohol,</u> unauthorized possession or under the influence of (C-III) 4573.6 PC, 11550 H & S

12. <u>Escape,</u> (C-III) 4532 PC

13. <u>Facility Violation or Statute,</u> aiding or abetting in (C-III) 31 PC

14. <u>Gambling,</u> or possession of gambling chips or dice (C-II)

15. <u>Gangs,</u> use of hand signs (C-II)

16. <u>Hands,</u> removal from pants when outside of a housing floor in the presence of an officer (C-II).

17. <u>Hair,</u> inmates shall not place foreign objects in (C-I)

18. <u>Horseplay,</u> running (except in outdoor recreation) pushing, shoving of any person (C-II)

19. <u>Impersonation,</u> of another person (staff or inmate) (C-II)

20. <u>Indecent Exposure,</u> (C-III) 314 PC

21. <u>Intercom,</u> pressing unnecessarily or repeatedly without good cause (C-II)

22. <u>Razors,</u> possession after the completion of razor call or possession of more than one (C-II)

23. <u>Razors,</u> possession of a dimantled razor (C-II)

24. <u>Riot/Demonstration,</u> engaging in, or encouraging (C-III) 404, 404.6 PC

25. <u>Smoking,</u> within the facility (C-III) County Ordinance

26. <u>Weapons/Explosive devices,</u> making or possession of (C-III) 4502 PC

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

F.   CONTRABAND:

1.   Contraband, inmates shall not possess over fifty
     dollars ($50.00) worth of jail commissary or any
     other item which is not sold or issued by jail
     personnel.  (C-II)

2.   Property, possession of property other than legal
     materials when outside of the housing unit (C-I)

3.   Property, possession of more than 10 letters, 3
     books, 3 magazines (does not include Bible,
     religious literature, AA literature) (C-I)

G.   MEDICAL RULES:

1.   Medication, possession of other inmates (C-II)

2.   Medication, shall swallow in the presence of the
     medical or jail staff (C-II)

3.   Medication, unauthorized storage of (C-II)

4.   Pill Call, inmates shall form an orderly line and
     have water available when approaching foodslot, ID
     bands shall be present and clearly readable. (C-II)

5.   Pill Call, in-house request slips for
     over-the-counter types of medication shall be
     completed and submitted prior to pill call.
     Medical Request Slips shall be completed in advance
     for "As Needed" prescription medication (C-I)

H.   RECREATION:

1.   Equipment, unauthorized removal from designated
     recreation area (designated areas are library,
     exercise yards, dayrooms, recreation room) (C-II)

2.   Fixtures, climbing on tables, fences, bookcases
     (C-I)

3.   Painted Line, crossing of any painted line in
     recreation areas designated as a perimeter boundary
     (C-I)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I.    INMATE WORKERS:

   1.   Communication, with non-inmate workers (C-III)

   2.   Food, inmate workers shall not tamper with or
        consume at unauthorized times (C-II) No food in
        cell except at mealtime.

   3.   Hair/Mustaches, inmate workers shall keep neatly
        trimmed (C-I)

   4.   Hair, inmate workers shall wear hair nets or hats
        at all times when in the kitchen and while serving
        food. (C-I)

   5.   Work materials shall not be brought back to the
        inmate worker's housing area without authorization
        from jail personnel.

   6.   Work, refusing to (C-II)

   7.   Work, inmate workers shall report on time and
        complete assigned duties in a timely fashion (C-I)

   8.   Work Assignments, inmate workers shall not change
        assigned duties without officer authorization.

   9.   ALL HAIR WILL BE KEPT UP OFF THE SHOULDERS.   IF
        HAIR IS LONG IT WILL BE CONTAINED IN A HAIR NET.
        THE SAME REQUIREMENT IS RELEVANT TO BEARDS.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DAILY PROGRAM SCHEDULE

**DAY OF THE WEEK**         SUNDAY

| TIME | ACTIVITY |
|------|----------|
| 0800 | Dayroom |
| 0900 | Dayroom |
| 1000 | Female Visitation |
| 1100 | Female Visitation Continues |
| 1200 | Female Visitation Continues  (Ends at 1300 hours) |
| 1300 | Male Visitation |
| 1400 | Male Visitation Continues |
| 1500 | Male Visitation Continues  (Ends at 1600 hours) |
| 1600 | Dayroom |
| 1700 | Dayroom – Meal |
| 1800 | Yardcall (Ends at 1900 hours) |
| 1900 | Male Bible Study |
| 2000 | Male Bible Study (Ends at 2030 hours) |
| 2100 | Dayroom |
| 2200 | Dayroom |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DAILY PROGRAM SCHEDULE

DAY OF THE WEEK _____ MONDAY

| TIME | ACTIVITY |
|------|----------|
| 0800 | Dayroom |
| 0900 | Yardcall Option:  Staff/Court Permitting |
| 1000 | Male Library |
| 1100 | Male Library  (Ends at 1200 hours) |
| 1200 | Dayroom - Meal |
| 1300 | Female Library |
| 1400 | Female Library  (Ends at 1500 hours) |
| 1500 | Dayroom |
| 1600 | Dayroom |
| 1700 | Dayroom - Meal |
| 1800 | Dayroom |
| 1900 | Female Bible Study |
| 2000 | Female Bible Study (Ends at 2030 hours) |
| 2100 | Dayroom |
| 2200 | Dayroom |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DAILY PROGRAM SCHEDULE

DAY OF THE WEEK _____ **TUESDAY** _____

| TIME | ACTIVITY |
|------|----------|
| 0800 | Dayroom |
| 0900 | Yardcall Option:  Staff/Court Permitting |
| 1000 | Dayroom |
| 1100 | Dayroom |
| 1200 | Dayroom |
| 1300 | Dayroom – Meal |
| 1400 | Dayroom |
| 1500 | GED WORKSHOPS |
| 1600 | GED WORKSHOPS  (1515 hours – 1645 hours) |
| 1700 | Dayroom – Meal |
| 1800 | Male Visitation |
| 1900 | Male Visitation |
| 2000 | Female Visitation |
| 2100 | Female Visitation |
| 2200 | Dayroom |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DAILY PROGRAM SCHEDULE

DAY OF THE WEEK _____ WEDNESDAY _____

| TIME | ACTIVITY |
|------|----------|
| 0800 | Dayroom |
| 0900 | Yardcall |
| 1000 | Dayroom |
| 1100 | Dayroom |
| 1200 | Dayroom – Meal |
| 1300 | PROGRAM – VETERAN'S SERVICES AND PLUMAS JOB TRAINING |
| 1400 | ON THE FIRST AND THIRD WEDNESDAYS OF EACH MONTH FROM |
| 1500 | 1300 – 1500 HOURS |
| 1600 | Dayroom |
| 1700 | Dayroom – Meal |
| 1800 | Dayroom |
| 1900 | Dayroom |
| 2000 | Dayroom |
| 2100 | Dayroom |
| 2200 | Dayroom |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DAILY PROGRAM SCHEDULE

DAY OF THE WEEK _____ THURSDAYS _____

| TIME | ACTIVITY |
|------|----------|
| 0800 | Dayroom |
| 0900 | Yardcall |
| 1000 | Dayroom |
| 1100 | Dayroom |
| 1200 | Dayroom - Meal |
| 1300 | Dayroom |
| 1400 | Dayroom |
| 1500 | GED WORKSHOPS |
| 1600 | GED WORKSHOPS (1515 - 1645 Hours) |
| 1700 | Dayroom - Meal |
| 1800 | Female Visitation |
| 1900 | Female Visitation |
| 2000 | Male Visitation |
| 2100 | Male Visitation |
| 2200 | Dayroom |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DAILY PROGRAM SCHEDULE

DAY OF THE WEEK _____ FRIDAY

| TIME | ACTIVITY |
|------|----------|
| 0800 | Dayroom |
| 0900 | Yardcall |
| 1000 | Female Library |
| 1100 | Female Library   (Ends at 1200 hours) |
| 1200 | Dayroom – Meal |
| 1300 | Male Library |
| 1400 | Male Library (Ends at 1500 hours) |
| 1500 | Dayroom |
| 1600 | Dayroom |
| 1700 | Dayroom – Meal |
| 1800 | Dayroom |
| 1900 | AA Meeting – Male & Female |
| 2000 | AA Meeting – Male & Female (Ends at 2030 hours) |
| 2100 | Dayroom |
| 2200 | Dayroom |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DAILY PROGRAM SCHEDULE

DAY OF THE WEEK _____ SATURDAY _____

| TIME | ACTIVITY |
|------|----------|
| 0800 | Dayroom |
| 0900 | Dayroom |
| 1000 | Male Visitation |
| 1100 | Male Visitation |
| 1200 | Male Visitation  (Ends at 1300 hours) |
| 1300 | Female Visitation |
| 1400 | Female Visitation |
| 1500 | Female Visitation  (Ends at 1600 hours) |
| 1600 | Dayroom |
| 1700 | Dayroom — Meal |
| 1800 | Yardcall  (Ends at 1900 hours) |
| 1900 | Dayroom |
| 2000 | Dayroom |
| 2100 | Dayroom |
| 2200 | Dayroom |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ASSEMBLY OF GOD

**Albert Driggers, Reverend**

**Phone:** 832-4710
**Mailing Address:** 420 N. Pine St. Portola, CA 96122
**Street Address:** 420 N. Pine St. Portola, CA ~~~~~


### CHESTER CHRISTIAN FELLOWSHIP

**Phone:** 258-2328
**Mailing Address:** Box 154, Chester, CA 96020
**Street Address:** Main Street, Chester


### CHRISTIAN LIFE FELLOWSHIP

"Smokey" F.M. Denna, Pastor

**Phone:** 283-0345
**Mailing Address:** P.O. Box 208, Quincy, CA 95971
**Street Address:** 342 Lawrence Street, Quincy


### CHRISTIAN SCIENCE GROUP

**Phone:** 283-0180
**Mailing Address:** Hwy 70 E. Quincy #47799, Quincy, CA 95971
**Street Address:** Masonic Hall, 70 Harbison Ave, Quincy


### CHRIST THE KING EPISCOPAL CHURCH

**Phone:** 283-0254 (Collect calls accepted within Plumas County)
**Mailing Address:** P.O. Box 947, Quincy, CA 95971
**Street Address:** 545 Lawrence Street, Quincy

**Days/Hours:** 7 days a week, 24 hours a day


### CHURCH OF CHRIST

Chuck Buther, Minister

**Phone:** 283-1191
**Mailing Address:**
**Street Address:** 152 Jackson St. Quincy


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS

**Phone:** 284-7517
**Mailing Address:** P.O. Box 379, Greenville, CA  95947
**Street Address:** Hideaway Lane, Greenville


### CHURCH OF LATTER DAY SAINTS

**Douglas Moscrip, Bishop**

**Phone:** 832-4941
**Mailing Address:**
**Street Address:** 683 West Street, Portola


### COMMUNITY UNITED METHODIST CHURCH

**Phone:** 283-1740
**Mailing Address:** P.O. Box 766, Quincy, CA  95971
**Street Address:** 282 Jackson STreet, Quincy


### COMMUNITY UNITED METHODIST CHURCH OF CHESTER

**Phone:** 258-2345
**Mailing Address:** P.O. Box 615, Chester, CA  96020
**Street Address:** Hwy 36 and Glenwood DR.  Chester

**Days/Hours:** Monday-Friday   8:30 am - Noon


### FIRST BAPTIST CHURCH - GREENVILLE

**Phone:** 284-7714
**Mailing Address:** P.O. Box 311, Greenville, CA  95947
**Street Address:** 131 Hot Springs Road, Greenville


### FIRST BAPTIST CHURCH - QUINCY

**Dr.  R.J. Cornwell, Pastor**

**Phone:** 283-1160
**Mailing Address:**
**Street Address:** 74 Reese Street, Quincy


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## GRAEAGLE COMMUNITY CHURCH

**Phone:** 836-2405
**Mailing Address:** P.O. Box 67, Graeagle, CA  96103
**Street Address:** Hwy 89 and County Road A14, Graeagle

## GREENVILLE COMMUNITY UNITED METHODIST CHURCH

**Phone:** 284-7316
**Mailing Address:** P.O. Box 215, Greenville, CA  95947
**Street Address:** 212 Pine Street, Greenville

## GREENVILLE SOUTHERN BAPTIST CHURCH

**Phone:** 284-7522
**Mailing Address:** P.O. Box 632, Greenville, CA  95947
**Street Address:** 241 Setzer, Greenville

## JEHOVAHS WITNESS

**Phone:** 832-4181
**Mailing Address:**
**Street Address:** Parkside Terrace, Portola

## JEHOVAHS WITNESS

**Phone:** 283-0142
**Mailing Address:**
**Street Address:** 1550 E. Main Street, Quincy

## PORTOLA UNITED METHODIST CHURCH

**Phone:** 832-4608 (Collect calls accepted within Plumas County)
**Mailing Address:** P.O. Box 1228, Portola, CA  96122
**Street Address:** Second and Pacific, Portola

**Days/Hours:** By appointment

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ROMAN CATHOLIC CHURCH

Father Burns, Pastor

Phone:  832-5006
Mailing Address:  P.O. Box 1077, Portola, CA  96122
Street Address:  108 Taylor Street, Portola


### ROMAN CATHOLIC CHURCH – QUINCY

Father Moroney, Pastor

Phone:  283-0890
Mailing Address:  P.O. Box 510, Quincy, CA  95971
Street Address:  176 Lawrence Street, Quincy


### SEVENTH DAY ADVENTIST CHURCH

Phone:  283-3092 or 283-2727
Mailing Address:  P.O. Box 919, Quincy, CA  95971
Street Address:  2333 Pine Street, Quincy


### ZION CORNERSTONE FOURSQUARE CHURCH

Phone:  832-5226
Mailing Address:  P.O. Box 680, Portola, CA  96122
Street Address:  320 Gulling Ave. Portola

Days/Hours:  Call for appointment


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PLUMAS COUNTY SHERIFF'S DEPARTMENT
CORRECTIONAL DIVISION

IN-HOUSE REQUEST FORM

INMATE: _____     ID# _____     CELL# _____     DATE: _____

I REQUEST THE FOLLOWING:

_____     BARBER          _____     CLEANING GEAR          _____     COMMISSARY FORMS

_____     GRIEVANCE FORM          _____     MEDICAL REQUEST FORM          _____     RAZOR

_____     MESSAGE REQUEST FORM          _____     PROPERTY RELEASE FORM

_____     OVER-THE-COUNTER MEDICATION  (List type)     _____

_____     OTHER (list what)     _____

_____

_____

_____

Issuing Officer's Signature     ID#     Date/Time Issued

36.

PLUMAS COUNTY SHERIFF'S DEPARTMENT
CORRECTIONAL DIVISION

# REQUEST FOR MEDICAL ATTENTION

CELL # _____    BOOKING ID # _____    DATE _____

FROM: _____    RELEASE DATE _____    LENGTH OF
      Inmate's Name (Last, First, Middle) Please Print                              SENTENCE _____

MEDICAL REQUEST TO SEE:  ☐ DOCTOR    ☐ DENTIST    ☐ PSYCHIATRIST    ☐ NURSE
MEDICAL COMPLAINT:

_____

_____

_____    INMATE'S
_____    SIGNATURE

| Officer Receiving Request | Date | Time | Nurse Receiving Request | Date | Time |
|---|---|---|---|---|---|
| | | | | | |

ACTION TAKEN:

_____

_____

_____    ACTION TAKEN BY_____

Distribution:    White: To Medical Personnel    Yellow: Inmate File (Records)    Signature    Date    Time
Pink: To Inmate Upon Receipt of Request

Rev. 08/91

37.

PLUMAS COUNTY SHERIFF'S DEPARTMENT
CORRECTIONAL DIVISION

# COUNTY JAIL MESSAGE REQUEST

| TO | | | | | DATE | TIME |
|---|---|---|---|---|---|---|
| | | | | ☐ PUBLIC DEFENDER | ☐ PROBATION | |
| ☐ JAIL SUPERVISOR | ☐ SOCIAL WORKER | ☐ FLOOR OFFICER | ☐ BAIL BONDSMAN | ☐ CHAPLAIN | ☐ DIVISION COMMANDER | |

| RECEIVED BY OFFICER | DATE | TIME |
|---|---|---|
| MESSAGE | | |

| INMATE | BOOKING ID NO. | CELL # |
|---|---|---|
| REPLY | | |

| DATE | TIME | BY: |
|---|---|---|

Distribution:     White: Return Reply to Inmate     Yellow: Inmate File     Pink: Inmate Upon Receipt of Request
Rev. 08/91

38.

PLUMAS COUNTY SHERIFF'S DEPARTMENT
CORRECTIONAL DIVISION

# INMATE INCIDENT REPORT

| ☐ INFORMATION ONLY  ☐ SECURITY RISK  ☐ DISCIPLINE OFFENSE | RELOCATION PENDING.HEARING |
|---|---|
| ☐ RECLASSIFICATION  ☐ PROTECTION  ☐ OTHER_____ | ☐ NO  ☐ YES  DATE _____ |

| NAME OF SUBJECT (LAST, FIRST, MIDDLE) | BOOKING NO. |
|---|---|
| | ☐ UNSENTENCED |
| | ☐ SENTENCED TO_____ |

| CELL # (PRIOR TO INCIDENT) | HOUSING LOCATION | CELL # (FOLLOWING INCIDENT) | RELEASE DATE |
|---|---|---|---|

| DATE | TIME | LOCATION OF INCIDENT | ☐ You may lose good time credit if you are found guilty of this violation. |
|---|---|---|---|

| VIOLATIONS | RULE NO. | CATEGORY |
|---|---|---|
| A _____ | | |
| B _____ | | |
| C _____ | | |
| D _____ | | |
| E _____ | | |

CIRCUMSTANCES

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

| SUBMITTED BY | BADGE NO. | DATE | REVIEWED BY | BADGE NO. | DATE |
|---|---|---|---|---|---|

| No hearing will be held sooner than 24 hours unless you waive this time and request an immediate hearing | ☐ YES ☐ NO |
|---|---|
| ﹄ hearing will be provided unless possible loss of G/T W/T is involved | ☐ YES ☐ NO |

| COPY OF INCIDENT REPORT GIVEN TO INMATE | Distribution: | White: | Facility File |
|---|---|---|---|
| | | Yellow: | Inmate File |
| DATE | TIME | Pink: | Inmate |

Rev. 08/91

PLUMAS COUNTY SHERIFF'S DEPARTMENT
CORRECTIONAL DIVISION

# INMATE GRIEVANCE FORM

File Number: _____

Date: _____

NAME(S) / LOCATION: _____

_____

DATE AND TIME OF OCCURRENCE: _____

COMPLAINT/SUGGESTION: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

RECEIVED BY: _____ DATE & TIME: _____

(Printed Name)                          (Badge #)

_____
Signature of Receiving Officer

Supervisor Signature _____

Date & Time: _____

Comments: _____

_____

_____

_____

_____

_____

Routing:
  White:   Division Commander
  Yellow:  Inmate File
  Pink:    Inmate

Rev. 08/91

40.

PLUMAS COUNTY SHERIFF'S DEPARTMENT
CORRECTIONAL DIVISION

# PROPERTY RELEASE

TO WHOM IT MAY CONCERN:

I, _____ , Booking Number _____
while in custody of the Plumas County Sheriff's Detention Facility, do hereby willingly, freely and voluntarily release to
_____ the following items of personal property and/or monies which are
presently being held for safekeeping:

(1) _____
(2) _____
(3) _____
(4) _____
(5) _____
(6) _____
(7) _____
(8) _____

I hereby relieve and guarantee to protect the Sheriff of Plumas County, his department, deputies and correctional officers, individually and/or collectively, from any and all liabilities arising from the release of such personal property. Furthermore, this release shall remain in effect until such time as all of the above described property items are again in my possession.

Inmate Name (Print) _____    DATE _____    TIME _____

Inmate Signature _____    DOB _____    SSAN _____

ACKNOWLEDGE RECEIPT OF THE BELOW LISTED ARTICLES: (PERSON RECEIVING PROPERTY MUST ITEMIZE EACH ARTICLE)

(PLEASE PRINT)

(1) _____
(2) _____
(3) _____
(4) _____
(5) _____
(6) _____
(7) _____
(8) _____

| Signature of Person Receiving Property | DOB | DL-ID# Verified As: |
|---|---|---|
| Signature of Releasing Officer | Badge/ID Number: | Date/Time: |

Distribution:    Yellow: Inmate File    Pink: Inmate

Rev. 08/91                           41.

VOTER REGISTRATION FORMS ARE MAINTAINED

IN THE LIBRARY FOR YOUR COMPLETION AND MAILING


UPON RECEIPT OF YOUR VOTER REGISTRATION FORM, THE COUNTY CLERK'S

OFFICE SHALL TAKE APPROPRIATE ACTION TO ASSIST YOU IN VOTING, I.E.

ABSENTEE BALLOTS, ETC.

*******************************************************************

## PERSONAL NOTES

NAME: _____

ID# : _____    CASE NUMBERS: _____

_____

ATTORNEY: _____

_____

_____

COURT: _____

JUDGE: _____

PROBATION OFFICER: _____

_____

## COURT DATES

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

10. _____

*******************************************************************

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PERSONAL ADDRESS INDEX

**NAME:** _____    **PHONE:** _____

_____    _____

_____

**NAME:** _____    **PHONE:** _____

_____    _____

_____

**NAME:** _____    **PHONE:** _____

_____    _____

_____

**NAME:** _____    **PHONE:** _____

_____    _____

_____

**NAME:** _____    **PHONE:** _____

_____    _____

_____

**NAME:** _____    **PHONE:** _____

_____    _____

_____

**NAME:** _____    **PHONE:** _____

_____    _____

_____