UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER PEDERSEN, et al.,

Plaintiff,

v.

COUNTY OF PLUMAS, et al.,

Defendants.

No.  2:89-cv-1659 CSK P

ORDER

On January 28, 2026, a status conference in this action was held.  (ECF Nos. 189, 191.) Paul W. Comiskey and David Clay Washington appeared on behalf of plaintiffs.  Joshua M. Brechtel appeared on behalf of defendants.  At the status conference, this Court made the following ORDERS:

1.   The parties shall file a joint status report by March 9, 2026 addressing the matters discussed at the January 28, 2026 status conference; and

2.   Within 90 days of the January 28, 2026 status conference, the parties shall submit a joint stipulation to terminate the consent decree.

Dated:  February 02, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Pede1659.ord(2)/2

1